**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6704

CURTIS DALE RICHARDSON,

                                        Plaintiff - Appellant,

          versus

SWANSON SERVICES,

                                        Defendant - Appellee,

          and

PHILLIP THOMPSON, Sheriff of Horry County in
his official and individual capacity; MARK
SANFORD, Governor of South Carolina; JIM
MCCLAIN, Director of Department of Probation,
Parole and Pardon Services; GWENDOLYN A.
BRIGHT, Director of Parole Board Support
Services,

                                        Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(CA-03-2426-RBH)

Submitted:  October 20, 2005        Decided:  October 27, 2005

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Curtis Dale Richardson, Appellant Pro Se. William Jacob Watkins, Jr., WOMBLE, CARLYLE, SANDRIDGE & RICE, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis Dale Richardson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Richardson v. Swanson Services</u>, No. CA-03-2426-RBH (D.S.C. Apr. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>